IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ALEX SMITH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CASE NO. 2:17-CV-94-WKW |
| WELLS FARGO BANK, N.A., *et al.*, | ) | [WO] |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge (Doc. # 29), to which Plaintiff Alex Smith, Jr., has filed objections (Doc. # 30). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

In the Recommendation, the Magistrate Judge determined that the *Rooker-Feldman* doctrine barred Mr. Smith's requested relief, and alternatively that Mr. Smith failed to establish the requisite elements for an injunction to issue. Mr. Smith objects to both of these findings. These objections are without a basis in fact or in law, and are due to be overruled.

Accordingly, it is ORDERED as follows:

1. The objection filed by Plaintiff Alex Smith, Jr. (Doc. # 30), is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. # 29) is ADOPTED;

3. Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED for lack of jurisdiction under *Rooker-Feldman* and for Plaintiff's failure to establish the requisite elements of a preliminary injunction; and

4. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 30th day of June, 2017.

                                               /s/ W. Keith Watkins
                                 CHIEF UNITED STATES DISTRICT JUDGE