IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ALEX SMITH, JR.,                    )
                                    )
            Plaintiff,              )
                                    )
v.                                  )        CASE NO.  2:17-CV-94-WKW
                                    )                  [WO]
WELLS FARGO BANK, N.A.,             )
and SIROTE & PERMUTT, P.C.,         )
                                    )
            Defendants.             )

## ORDER

Before the court is the Recommendation of the Magistrate Judge.  (Doc. # 32.)

There being no timely objection filed to the Recommendation, and based on a review

of the record, it is ORDERED as follows:

1.    The Recommendation of the Magistrate Judge (Doc. # 32) is

ADOPTED;

2.    Defendant Sirote & Permutt's motion to dismiss (Doc. # 15) is

GRANTED;

3.    Defendant Wells Fargo Bank's motion to dismiss (Doc. # 18) is

GRANTED; and

4.    This case is DISMISSED with prejudice.

A final judgment will be entered separately.

DONE this 5th day of September, 2017.

_____ /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE